FILED 2013 JUN 19 PM 3:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA INVESTORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARLANA J. SMITH, et al.,<br><br>Defendants. | Case No. ED CV 13-1033-UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    The Court will remand this unlawful detainer action to state court summarily because defendant removed it improperly.

    On June 10, 2013, defendant Marlana J. Smith, having been sued in what appears to be a routine unlawful detainer action in California Superior Court, lodged a Notice of Removal of that action to this Court. Defendant also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either

1 diversity or federal question jurisdiction, or supplying jurisdiction due to denial of
2 civil rights, and therefore removal is improper.  28 U.S.C. §§ 1441(a), 1443; *see*
3 *Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611,
4 162 L. Ed. 2d 502 (2005).  Here, defendant asserts removal jurisdiction under 28
5 U.S.C. § 1443, but has not satisfied either prong of the two-part test required for
6 removal under § 1443(1).  *See Patel v. Del Taco, Inc.*, 446 F.3d 996, 999 (9th Cir.
7 2006).  In particular, as described in more detail in the Order Denying Defendant's
8 Request to Proceed Without Prepayment of Filing Fee, the Notice of Removal fails
9 to assert, as a defense to the unlawful detainer action, a statutory right for the
10 protection of racial equality, and also fails to point to any state statute or
11 constitutional provision that commands the state courts to ignore such federal
12 right.
13       Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the
14 Superior Court of California, San Bernardino County, Fontana District, 17780
15 Arrow Highway, Fontana, CA 92335, for lack of subject matter jurisdiction
16 pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this
17 Order to the state court; and (3) that the Clerk serve copies of this Order on the
18 parties.

20 DATED: 6/18/13

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE